IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | X | |
| Plaintiff, | X | |
| vs. | X | Cr. No. 95-20231-D |
| THOMAS A. TALARICO, | X | |
| Defendant. | X | |

ORDER DENYING MOTIONS FOR GRAND JURY MINUTES AND TRANSCRIPTS

On March 8 and June 15, 2004, defendant, Thomas A. Talarico, filed requests for grand jury minutes or transcripts. (Docket entries 212 and 214)  Defendant's motions are without merit.

The time for filing a motion to dismiss under Rule 6(b) of the Federal Rules of Criminal Procedure based on irregularities in the indictment is obviously long past, since the defendant was convicted and his previous motion under § 2255 denied. See United States v. Talarico, No. 00-2611-D/A (W.D. Tenn. Mar. 21, 2001), certificate of appealability denied, No. 01-5520 (6th Cir. Jan. 22, 2002); United States v. Talarico, No. 98-5380, 1999 WL 435182 (6th Cir. June 18, 1999).

The defendant does not have a motion under § 2255 pending in this Court.  The present motion gives no indication that he could demonstrate that a new motion would not be an abuse of the writ. See In Re Hanserd, 123 F.3d 922, 934 (6th Cir. 1997). Furthermore, he would also have to receive permission from the Court of Appeals for the Sixth Circuit before filing any further motion under §

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-28-05_



2255. See In re Sims, 111 F.3d 45, 47 (6th Cir. 1997). He is not entitled to disclosure of the grand jury records.

Accordingly, the motions are without merit and are DENIED.

IT IS SO ORDERED this 27th day of October, 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 215 in case 2:95-CR-20231 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Jacob M. Dickinson
LAW OFFICES OF JACOB M. DICKINSON, IV
648 Poplar Avenue
Memphis, TN 38105

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT